# United States Court of Appeals
## For the First Circuit

No. 11-1426

MAINE MEDICAL CENTER,

Plaintiff, Appellant,

v.

UNITED STATES,
Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on March 30, 2012,is amended as follows:

On the coversheet, replace "Robert William Metzler, Attorney, Tax Division, Department of Justice, with whom Tamara W. Ashford, Deputy Assistant United States Attorney, Renee W. Bunker, Ellen Page DelSole, John A. Dudeck, Jr., Stephen T. Lyons, and Margaret D. McGaughey were on brief, for appellee." with "Robert William Metzler, Attorney, Tax Division, Department of Justice, with whom Tamara W. Ashford, Deputy Assistant United States Attorney, Ellen Page DelSole, John A. Dudeck, Jr., and Stephen T. Lyons were on brief, for appellee."